## U.S. DISTRICT COURT FOR THE EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | | |
|---|---|---|
| PEGGY GOEKE, et al. | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No.:  4:26-CV-00424 |
| | ) | |
| SHIRLEY MAY DODSON, et al. | ) | |
| | ) | |
| Defendants. | ) | |

## <u>DEFENDANT PUBLIC WATER SUPPLY DISTRICT NO. 2 OF ST. CHARLES COUNTY, MISSOURI'S MOTION TO DISMISS COUNTS 1, 3 AND 5</u>

Defendant Public Water Supply District No. 2 of St. Charles County, Missouri

("hereinafter the District"), by and through its undersigned counsel, and pursuant to

Federal Rule of Civil Procedure 12(b)(6), hereby moves to dismiss Counts 1, 3 and 5 of

Plaintiffs' First Amended Complaint[1] (Doc. 1-2) for failure to state a claim upon which

relief can be granted.  Counts 1, 3 and 5 are tort claims which are barred by sovereign

immunity when brought against a public entity like the District.  Alternatively, Counts 1,

3 and 5 are barred because inverse condemnation is the exclusive remedy when personal

property is damaged by a public entity like is alleged here.  Lastly, any claim against the

District based upon a theory of adverse possession fails because adverse possession

cannot be made against a public entity like the District. In support of this Motion, the

District incorporates its Suggestions in Support as if fully set forth herein.

---

[1] This Defendant will refer to the First Amended Petition as the First Amended
Complaint since the matter is now in Federal Court.

1

WHEREFORE, for the reasons stated herein, Defendant Public Water Supply District No. 2 of St. Charles County, Missouri, hereby moves to dismiss Counts 1, 3, and 5 of Plaintiffs' First Amended Complaint for failure to state a claim upon which relief can be granted, and for any such further relief deemed just and proper under the circumstances.

Respectfully submitted,

SCHREIMANN, RACKERS
& FRANCKA, L.L.C.

/s/ Ryan Bertels
Ryan Bertels, #55167
931 Wildwood Drive, Suite 201
Jefferson City, MO 65109
573-634-7580
573-635-6034 (facsimile)
rb@srfblaw.com

Attorneys for Defendant Water Supply
District No. 2 of St. Charles County

## CERTIFICATE OF SERVICE

I hereby certify that on March 24, 2026, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the attorneys of record in this case.

/s/ Ryan Bertels

2

3